1   Esha Bandyopadhyay (Bar No. 212249)
    Perkins Coie LLP
2   101 Jefferson Drive
    Menlo Park, California 94025-1114
3   Phone: (650) 838-4300
    Fax: (650) 838-4350
4   Email: bande@perkinscoie.com

5   Scott T. Wilsdon (*pro hac vice* pending)
    Matthew A. Carvalho (Bar No. 216
6   Yarmuth Wilsdon Calfo PLLC
    925 Fourth Avenue, Suite 2500
7   Seattle, Washington 98104
    Phone: (206) 516-3800
8   Fax: (206) 516-3888
    Email: wilsdon@yarmuth.com
9        mcarvalho@yarmuth.com

10  Attorneys for Plaintiff Microsoft Corporation

11

12                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

13  MICROSOFT CORPORATION, a            C 08 02321
    Washington corporation,
14
                    Plaintiff,          COMPLAINT FOR DAMAGES AND
15                                       INJUNCTIVE RELIEF
          v.
16
    A&S ELECTRONICS, INC., a California
17  corporation, d/b/a TRUSTPRICE.COM;
    ALAN Z. LIN, an individual; and
18  JOHN DOES 1-5,

19                  Defendants.

20

21                      **INTRODUCTION**

22        1.    This is an action by Microsoft Corporation ("Microsoft") to recover damages

23  arising from infringement of Microsoft's copyrights in its software by defendants A&S

24  Electronics, Inc., d/b/a TrustPrice.com, Alan Z. Lin (collectively, the "TrustPrice.com

25  Defendants"), and defendants John Does 1-5 (the "John Doe Defendants") (the

26  TrustPrice.com Defendants and the John Doe Defendants collectively are referred to as

1   "Defendants") and to enjoin Defendants' future infringements.  Until at least April 2008,

2   Defendants were actively engaged in the illegal and unlawful business of (a) distributing

3   copyrighted Microsoft Student Media software in the United States that, upon information

4   and belief, was intended for schools and other qualified educational users abroad, (b)

5   importing to the United States that copyrighted software without approval or authorization

6   from Microsoft, and (c) distributing counterfeit, tampered, and/or infringing Microsoft

7   software and components, and counterfeit and/or unauthorized product keys used to install,

8   activate, and/or use that software.  By this action, Microsoft seeks damages and injunctive

9   relief against Defendants.

10                                    **THE PARTIES**

11       2.       Plaintiff Microsoft is a Washington corporation with its principal place of

12   business in Redmond, Washington.  Microsoft develops, markets, distributes, and licenses

13   computer software.

14       3.       Defendant A&S Electronics, Inc. ("A&S Electronics"), doing business as

15   "TrustPrice.com," is a California corporation with its principal place of business in

16   Milpitas, California.  A&S Electronics distributes computer software and components on

17   the Internet through a web site at www.trustprice.com, and by other means.  As a direct and

18   proximate result of A&S Electronics' wrongful conduct, Microsoft has suffered damages

19   and other harm.

20       4.       Defendant Alan Z. Lin ("Lin") is, on information and belief, a resident of

21   Fremont, California.  Lin controls and operates defendant A&S Electronics and, in records

22   filed with the California Secretary of State, is identified as the registered agent and principal

23   for A&S Electronics.  Upon information and belief, defendant Lin personally participated in

24   and/or had the right and ability to supervise, direct and control A&S Electronics' wrongful

25   conduct as alleged in this Complaint, derived direct financial benefit from that wrongful

26

and/or magnetic diskettes, and they are packaged and distributed with associated proprietary materials such as user's guides, user's manuals, end-user license agreements ("EULAs"), Certificates of Authenticity ("COAs"), and other components.

11.    As an added security feature, certain Microsoft software requires a special Product Key or keycode that must be entered for the software to work. Product Keys are 25-character alphanumeric codes generated by Microsoft; and each key is unique to the licensee to whom it is distributed.

12.    Microsoft and its partners distribute some software and other components through special academic programs to provide low cost software to students currently enrolled in K-12 and higher educational institutions. Microsoft distributes Student Media at a discount to provide students in the United States, in developing nations, and worldwide low cost access to the latest software technology and information in furtherance of their educational development. The Student Media program is intended only for students at qualified educational institutions and the license agreements under which such media is distributed restrict the distribution of such media to those students.

13.    In the United States, an institution enrolled in one of the special academic programs may order Student Media software throughout the term of its agreement only from Authorized Education Resellers ("AERs"). Microsoft AERs are specially trained and authorized to distribute Student Media to qualified education users. Academic institutions, AERs, and students are prohibited from reselling Student Media software because the programs through which Student Media software is distributed are designed to provide low cost software to qualified students, and not to the general public.

14.    As part of its international licensing and distribution programs, Microsoft also imposes geographic restrictions on the distribution of Microsoft products, including Student Media. For example, Student Media distributed to Europe, the Middle East, or Africa is not licensed for use in North America.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 4

1    15.    Microsoft also distributes certain specially licensed software and licensing

2    documents at no charge through a program called "Fresh Start for Donated Computers," the

3    purpose of which is to help primary and secondary (K-12) schools to ensure the computers

4    they receive by donations are running legitimate, properly licensed software programs.

5    16.    Microsoft Windows 98: Microsoft has developed, advertises, markets,

6    distributes and licenses a software package known as Microsoft Windows 98 ("Windows

7    98"). Windows 98 performs a number of computer-related operations including, but not

8    limited to, allocating computer memory, scheduling the execution of application software,

9    and managing the flow of information and communication among the various components

10    of the personal computer. Microsoft holds a valid copyright in Windows 98 (including

11    user's reference manuals, user's guides, and screen displays) that was duly and properly

12    registered with the United States Copyright Office. A true and correct copy of the

13    Registration Certificate for Microsoft Windows 98, bearing number TX 4-687-920, is

14    attached as Exhibit 1 and is incorporated by reference.

15    17.    Microsoft Windows XP Professional: Microsoft has developed, advertises,

16    markets, distributes, and licenses a software package known as Microsoft Windows XP

17    Professional ("Windows XP"). Windows XP is an operating system for desktop and laptop

18    systems. It performs a number of computer-related operations including, but not limited to,

19    providing support for various applications and allowing remote access to data and

20    applications stored in Windows XP desktops from network connections. Microsoft holds a

21    valid copyright in Windows XP (including user's reference manuals, user's guides, and

22    screen displays) that was duly and properly registered with the United States Copyright

23    Office. A true and correct copy of the Registration Certificate for Microsoft Windows XP,

24    bearing the number TX 5-407-055 is attached hereto as Exhibit 2 and is incorporated by

25    reference.

26

18.   <u>Microsoft Office Ultimate 2007</u>:  Microsoft Office Ultimate 2007 ("Office 2007") is a suite of popular Microsoft software programs.  Microsoft holds a valid copyright in Office 2007 (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Office 2007, bearing number TX 6-504-552, is attached as Exhibit 3 and is incorporated by reference.  Office 2007 includes the following popular Microsoft software programs:

a.   Microsoft Access 2007, a program that allows users to create and manipulate databases and to store data.  Microsoft holds a valid copyright in Microsoft Access 2007 (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Access 2007, bearing number TX 6-524-395, is attached as Exhibit 4 and is incorporated by reference.

b.   Microsoft Accounting Professional 2007, a program that manages home-based business or small business finances.  Microsoft holds a valid copyright in Microsoft Accounting Professional 2007 (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for Microsoft Accounting Professional 2007, bearing number TX 6-624-817,  is attached as Exhibit 5 and is incorporated by reference.

c.   Microsoft Excel 2007, a program that allows users to create and manipulate spreadsheets, perform calculations, and store numerical data.  Microsoft holds a valid copyright in Microsoft Excel 2007 (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Copyright Registration Certificate for

1    Microsoft Excel 2007, bearing number TX 6-524-399, is attached as Exhibit 6 and is
2    incorporated by reference.

3            d.      Microsoft Outlook 2007 with Business Contact Manager, a program
4    that allows users and networked teams to create and manage calendars, tasks, contacts,
5    critical business information, and email communications. Microsoft holds a valid
6    copyright in Microsoft Outlook 2007 with Business Contact Manager (including user's
7    reference manuals, user's guides, and screen displays) that was duly and properly
8    registered with the United States Copyright Office. A true and correct copy of the
9    Copyright Registration Certificate for Microsoft Outlook 2007 with Business Contact
10   Manager, bearing number TX 6-524-393, is attached as Exhibit 7 and is incorporated by
11   reference.

12           e.      Microsoft PowerPoint 2007, a program that allows users to create,
13   organize and present overhead and slide presentations. Microsoft holds a valid copyright
14   in Microsoft PowerPoint 2007 (including user's reference manuals, user's guides, and
15   screen displays) that was duly and properly registered with the United States Copyright
16   Office. A true and correct copy of the Copyright Registration Certificate for Microsoft
17   PowerPoint 2007, bearing number TX 6-524-389, is attached as Exhibit 8 and is
18   incorporated by reference.

19           f.      Microsoft Publisher 2007, a desktop publishing program that allows
20   users to create, customize, and publish materials such as newsletters, brochures, flyers,
21   catalogs, and Web sites. Microsoft holds a valid copyright in Microsoft Publisher 2007
22   (including user's reference manuals, user's guides, and screen displays) that was duly and
23   properly registered with the United States Copyright Office. A true and correct copy of
24   the Copyright Registration Certificate for Microsoft Publisher 2007, bearing number
25   TX 6-524-388, is attached as Exhibit 9 and is incorporated by reference.

26

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 7

1          g.      Microsoft Word 2007, a program that allows users to create and edit

2   reports and documents. Microsoft holds a valid copyright in Microsoft Word 2007

3   (including user's reference manuals, user's guides, and screen displays) that was duly and

4   properly registered with the United States Copyright Office. A true and correct copy of

5   the Copyright Registration Certificate for Microsoft Word 2007, bearing number

6   TX 6-524-398, is attached as Exhibit 10 and is incorporated by reference.

7                          **DEFENDANTS' UNLAWFUL CONDUCT**

8          19.     Beginning at a time unknown and continuing to the present, the

9   TrustPrice.com Defendants have actively engaged in the illegal and unlawful business of

10  trafficking in counterfeit, tampered and/or infringing computer software and components,

11  and counterfeit and/or unauthorized product keys used to install and use that software.

12  Additionally, the TrustPrice.com Defendants and the John Doe Defendants, individually

13  and as members of the conspiracy described more fully below, have conspired to and are

14  actively engaged in the illegal and unlawful business of (a) importing to the United States

15  as yet unknown quantities of Microsoft Student Media software that was manufactured

16  and licensed for use outside the United States, without approval or authorization from

17  Microsoft, and (b) distributing that Student Media, which was manufactured and licensed

18  for educational use only, to individuals and entities not qualified to use the software,

19  without approval or authorization from Microsoft. Upon information and belief,

20  Defendants are attempting to exploit the difference between the retail prices of Microsoft

21  software in the United States and the reduced prices of Microsoft software licensed for

22  educational use abroad.

23         20.     The TrustPrice.com Defendants advertise and distribute infringing

24  Microsoft software, including Student Media software imported to the United States

25  without approval or authorization from Microsoft, in interstate commerce through the

26  TrustPrice.com Defendants' web site www.trustprice.com.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 8

21. Upon information and belief, the John Doe Defendants import to the United States, without approval or authorization from Microsoft, infringing Microsoft software, including Student Media software manufactured and licensed for exclusive use abroad. Upon information and belief the John Doe Defendants distribute that infringing Microsoft software in interstate commerce in the United States.

22. On or about September 10, 2002, Microsoft filed a Complaint against Defendants A&S Electronics, Inc., Alan Lin and others, for trademark infringement and other claims (No. C 02 4359 SI, N.D. Cal.). The case was settled in May 2003, and a Stipulated Permanent Injunction was entered on June 24, 2003.

23. On or about July 22, 2005, an investigator placed an order for one unit of a Microsoft product known as Windows XP Professional from Icomp, LLC, located in Oklahoma City, Oklahoma. The shipping label on the shipment identified the return address as 523 Montague Expressway, Milpitas, California, a known address of A&S Electronics, Inc. Microsoft examined the software (CD-ROM) and determined that it was infringing because it was Student Media licensed for exclusive distribution to qualified educational users participating in a special academic volume licensing program.

24. On or about August 18, 2005, Microsoft notified Defendant A&S Electronics by letter that Microsoft had determined that A&S Electronics has distributed infringing Microsoft volume license software. The letter demanded that the A&S Electronics immediately cease and desist all infringing activity and warned that Microsoft reserved "the right to seek all available legal remedies without further notice." The letter was delivered by Federal Express to the current business address (523 Montague Expressway, Milpitas, CA 95035) for A&S Electronics, Inc.

25. On or about April 11, 2006, an investigator placed an order for one unit of a Microsoft product known as Windows 98 from the TrustPrice.com Defendants through their website www.trustprice.com. Microsoft examined the software (CD-ROM) and

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 9

1 determined that it was infringing because the software was intended for distribution under

2 Microsoft's "Fresh Start" program, and the CD artwork, part number and text indicating

3 this intended use had been removed from the face of the CD.

4 26. In or about July and August 2007, Microsoft received complaints from

5 individuals who contacted Microsoft to report their receipt of "Not for Resale" Microsoft

6 software through purchases made from the TrustPrice.com Defendants on their website

7 www.trustprice.com.

8 27. On or about February 11, 2008, an investigator placed an order for one unit

9 of a Microsoft product known as Windows XP Professional x64 Edition from the

10 TrustPrice.com Defendants through their web site www.trustprice.com. Microsoft

11 examined the software (CD-ROM) and determined that it was infringing because it was

12 Student Media licensed for exclusive distribution to qualified educational users

13 participating in a special academic licensing program. Additionally, the software was

14 manufactured outside the United States and was not licensed for distribution or use in the

15 United States. Upon information and belief, the John Doe Defendants imported this

16 software to the United States and/or distributed the software in interstate commerce to the

17 TrustPrice.com Defendants.

18 28. On or about February 20, 2008, an investigator placed an order for one unit

19 of Microsoft Windows XP Professional x64 Edition from the TrustPrice.com Defendants

20 through their web site www.trustprice.com. Microsoft examined the software (CD-ROM)

21 and determined that it was infringing because it was Student Media licensed for exclusive

22 distribution to qualified educational users participating in a special academic program.

23 Additionally, the software was manufactured outside the United States and was not licensed

24 for distribution or use in the United States. Upon information and belief, the John Doe

25 Defendants imported this software to the United States and/or distributed the software in

26 interstate commerce to the TrustPrice.com Defendants.

29.    On or about April 2, 2008, an investigator placed an order for one unit of what was described as "Microsoft Office 2007 Professional License (Keycode Only – No CD – Download Software Online)" from the TrustPrice.com Defendants through their web site www.trustprice.com. The Defendants, using the email address sales@trustprice.com sent the investigator the "keycode" contained in an email on April 3, 2008. Microsoft examined the "keycode" received by e-mail by the investigator, and determined that it was in fact a wrongfully obtained and illicitly distributed Microsoft Product Key.

30.    On or about April 9, 2008, an investigator placed an order for one unit of what was described as "Microsoft Office 2007 Professional License (Keycode Only – No CD – Download Software Online)" from the TrustPrice.com Defendants through their web site www.trustprice.com. The Defendants, using the email address sales@trustprice.com sent the investigator the "keycode" contained in an email on April 10, 2008. Microsoft examined the "keycode" received by e-mail by the investigator, and determined that it was in fact a wrongfully obtained and illicitly distributed Microsoft Product Key.

31.    Upon information and belief, Defendants' violations are willful, deliberate and committed with prior notice and knowledge of Microsoft's copyrights. Defendants' wrongful conduct has caused and continues to cause significant and irreparable harm to Microsoft. Microsoft brings this action to recover damages for the harm it has sustained, to impose a constructive trust upon the Defendants' illegal profits and assets purchased with those profits, and to obtain injunctive relief prohibiting Defendants' further violations and infringements.

## CLAIM I

### (Copyright Infringement, 17 U.S.C. § 501, *et seq.*)

32.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 31, inclusive.

1    33.    Microsoft is the sole owner and licensor of Microsoft Windows 98,

2  Windows XP, and other software and components covered by Microsoft's registered

3  copyrights and bearing Microsoft's registered trademarks or imitations thereof, and of all

4  corresponding copyrights and Certificates of Registration.

5    34.    Defendants have infringed the copyrights in Microsoft's software including,

6  but not limited to, Microsoft Windows 98, Windows XP, and other software and

7  components covered by Microsoft's registered copyrights and bearing Microsoft's

8  registered trademarks or imitations thereof, by distributing infringing materials in the

9  United States of America, without approval or authorization from Microsoft.

10    35.    Defendants' conduct has been willful within the meaning of the Copyright

11  Act. At a minimum, Defendants acted with willful blindness to and in reckless disregard of

12  Microsoft's registered copyrights.

13    36.    As a result of their wrongful conduct, Defendants are liable to Microsoft for

14  copyright infringement. Microsoft has suffered, and will continue to suffer, substantial

15  losses, including, but not limited to, damage to its business reputation and goodwill.

16  Microsoft is entitled to recover damages, which include its losses and all profits Defendants

17  have made as a result of their wrongful conduct, pursuant to 17 U.S.C. § 504(b).

18    37.    Alternatively, Microsoft is entitled to statutory damages pursuant to 17

19  U.S.C. § 504(c). In addition, because Defendants' infringement has been willful within the

20  meaning of the Copyright Act, the award of statutory damages should be enhanced pursuant

21  to 17 U.S.C. § 504(c)(2).

22    38.    Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and

23  to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.

24  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because,

25  among other things, (a) Microsoft's copyrights are unique and valuable property which

26  have no readily determinable market value, (b) Defendants' infringement harms Microsoft's

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 12

1   business reputation and goodwill such that Microsoft could not be made whole by any

2   monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to

3   Microsoft, is continuing.

4       39.    Microsoft is also entitled to recover its attorney's fees and costs of suit

5   pursuant to 17 U.S.C. § 505.

## CLAIM II

### (Infringing Importation of Copyrighted Works, 17 U.S.C. § 602)

8       40.    Microsoft repeats and incorporates by this reference each and every

9   allegation set forth in paragraphs 1 through 39, inclusive.

10      41.    Microsoft is the sole owner and licensor of Microsoft Windows XP, Office

11  2007, and other software and components covered by Microsoft's registered copyrights and

12  bearing Microsoft's registered trademarks or imitations thereof, and of all corresponding

13  copyrights and Certificates of Registration. Microsoft manufactures certain software media

14  for distribution in countries other than the United States.

15      42.    Defendants have infringed the copyrights in Microsoft's software including,

16  but not limited to, Microsoft Windows XP, Office 2007, and other software and

17  components covered by Microsoft's registered copyrights and bearing Microsoft's

18  registered trademarks or imitations thereof, by importing to the United States and/or

19  distributing in the United States that copyrighted software, without approval or

20  authorization from Microsoft.

21      43.    Defendants' conduct has been willful within the meaning of the Copyright

22  Act. At a minimum, Defendants acted with willful blindness to and in reckless disregard of

23  Microsoft's registered copyrights.

24      44.    As a result of their wrongful conduct, Defendants are liable to Microsoft for

25  copyright infringement. Microsoft has suffered, and will continue to suffer, substantial

26  losses, including, but not limited to, damage to its business reputation and goodwill.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 13

1  Microsoft is entitled to recover damages, which include its losses and all profits Defendants

2  have made as a result of its wrongful conduct, pursuant to 17 U.S.C. § 504(b).

3      45.    Alternatively, Microsoft is entitled to statutory damages pursuant to 17

4  U.S.C. § 504(c). In addition, because Defendants' infringement has been willful within the

5  meaning of the Copyright Act, the award of statutory damages should be enhanced pursuant

6  to 17 U.S.C. § 504(c)(2).

7      46.    Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and

8  to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.

9  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because,

10  among other things, (a) Microsoft's copyrights are unique and valuable property which

11  have no readily determinable market value, (b) Defendants' infringement harms Microsoft's

12  business reputation and goodwill such that Microsoft could not be made whole by any

13  monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to

14  Microsoft, is continuing.

15      47.    Microsoft is also entitled to recover its attorney's fees and costs of suit

16  pursuant to 17 U.S.C. § 505.

## CLAIM III

### (Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2))

19      48.    Microsoft repeats and incorporates by this reference each and every

20  allegation set forth in paragraphs 1 through 47, inclusive.

21      49.    Defendants were and are actively engaged in the business of trafficking in

22  counterfeit and/or unauthorized Product Keys, knowing or having reason to know that such

23  Product Keys (a) are primarily designed or produced for the purpose of circumventing

24  technological measures that effectively control access to copyrighted Microsoft software,

25  (b) have only limited commercially significant purpose or use other than to circumvent

26  technological measures that effectively control access to copyrighted Microsoft software, or

1  (c) are marketed by Defendants and persons acting in concert with Defendants for use in

2  circumventing technological measures that effectively control access to copyrighted

3  Microsoft software, in violation of 17 U.S.C. § 1201(a)(2).

4       50.     Defendants' violations have injured and will continue to injure Microsoft by

5  depriving Microsoft of sales of authorized software, impairing Microsoft's ability to protect

6  its intellectual property rights, and interfering with Microsoft's contractual and prospective

7  business relations. Microsoft is entitled to recover actual damages and Defendants' profits

8  made as a result of their wrongful conduct, pursuant to 17 U.S.C. § 1203(c)(2).

9  Alternatively, Microsoft is entitled to statutory damages pursuant to 17 U.S.C. § 1203(c)(3).

10       51.     Defendants have violated 17 U.S.C. § 1201(a)(2) willfully and for purposes

11  of commercial advantage or private financial gain.

12       52.     Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. §

13  1203(b)(1) and to an order impounding any materials involved in violation of the Digital

14  Millennium Copyright Act pursuant to 17 U.S.C. § 1203(b)(3). Defendants knew or should

15  have known that importing (to the United States), offering to the public, providing and

16  trafficking in counterfeit and/or unauthorized Product Keys was and is illegal and

17  prohibited. Such violations have caused and will continue to cause Microsoft irreparable

18  harm, and Microsoft has no adequate remedy at law to redress any such continued

19  violations. Unless restrained by this Court, Defendants will continue to violate 17 U.S.C.

20  § 1201(a)(2).

21       53.     Microsoft is also entitled to recover its attorney's fees and costs of suit

22  pursuant to 17 U.S.C. § 1203.

23                                       **PRAYER FOR RELIEF**

24       WHEREFORE, Microsoft respectfully requests judgment as follows:

25       1.     That the Court enter a judgment against Defendants finding that they have:

26

1            a.      willfully infringed Microsoft's rights in the following federally

2 registered copyrights, in violation of 17 U.S.C. § 501:

3                (1)     TX 4-687-920 ("Microsoft Windows 98");

4                (2)     TX 5-407-055 ("Microsoft Windows XP");

5                (3)     Other items or works protected by Microsoft copyrights;

6            b.      were and are actively engaged in the business of offering to the

7 public, providing and trafficking in counterfeit and/or unauthorized Product Keys, knowing

8 or having reason to know that such Product Keys (a) are primarily designed or produced for

9 the purpose of circumventing technological measures that effectively control access to

10 copyrighted Microsoft software, (b) have only limited commercially significant purpose or

11 use other than to circumvent technological measures that effectively control access to

12 copyrighted Microsoft software, or (c) are marketed by Defendants and persons acting in

13 concert with Defendants for use in circumventing technological measures that effectively

14 control access to copyrighted Microsoft software, in violation of 17 U.S.C. § 1201(a)(2);

15            c.      willfully infringed Microsoft's rights by importing to the United

16 States Microsoft Windows XP and other software and components covered by Microsoft's

17 registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

18

19            d.      otherwise injured the business reputation and business of Microsoft

20 by the acts and conduct set forth in this Complaint.

21      2.      That the Court issue preliminary and permanent injunctive relief against

22 Defendants, and that their officers, agents, representatives, servants, employees, attorneys,

23 successors and assigns, and all others in active concert or participation with Defendants, be

24 enjoined and restrained from:

25

26

1          a.      imitating, copying, or making any other infringing use or importation

2    to the United States or elsewhere, or infringing distribution of the software and/or materials

3    now or hereafter protected by the following copyright Certificates Registration Nos.:

4                  (1)     TX 4-687-920 ("Microsoft Windows 98");

5                  (2)     TX 5-407-055 ("Microsoft Windows XP");

6                  (3)     Other items or works protected by Microsoft copyrights;

7          b.      importing (to the United States), offering to the public, providing and

8    trafficking in counterfeit and/or unauthorized Product Keys, knowing or having reason to

9    know that such Product Keys (a) are primarily designed or produced for the purpose of

10   circumventing technological measures that effectively control access to copyrighted

11   Microsoft software, (b) have only limited commercially significant purpose or use other

12   than to circumvent technological measures that effectively control access to copyrighted

13   Microsoft software, or (c) are marketed by Defendants and persons acting in concert with

14   Defendants for use in circumventing technological measures that effectively control access

15   to copyrighted Microsoft software;

16         c.      redistributing Microsoft Student Media distributed under an

17   academic program agreement;

18         d.      assisting, aiding, or abetting any other person or business entity in

19   engaging in or performing any of the activities referred to in subparagraphs (a)-(c) above.

20   3.     That the Court enter an order, pursuant to 17 U.S.C. §§ 503(a), 509(a) and

21   1203(b) and 28 U.S.C. § 1651(a), impounding all infringing Microsoft software and/or

22   materials, or any Microsoft documentation or packaging, and any related items, including

23   business records, that are in Defendants' possession or under their control, and ordering the

24   return, remedial destruction, or other appropriate disposition of all impounded items;

25   4.     That the Court enter an order, pursuant 17 U.S.C. § 504(b) and 1203(c),

26   declaring that Defendants hold in trust, as constructive trustee for the benefit of Microsoft,

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 17

1  all "profits" received by Defendants from their importation, distribution or sale of

2  infringing Microsoft software and/or materials, and issue temporary, preliminary and

3  permanent injunctive relief enjoining and restraining Defendants and their agents from

4  transferring, concealing or dissipating all profits and assets acquired in whole or in part with

5  those profits;

6  5.     That the Court order Defendants to pay Microsoft's general, special, actual,

7  and statutory damages as follows:

8  a.     Microsoft's damages and Defendants' profits pursuant to 17 U.S.C. §

9  504(b) or, alternatively, enhanced statutory damages pursuant to 17 U.S.C. § 504(c) and 17

10  U.S.C. § 504(c)(2), for Defendants' willful infringement of Microsoft's copyrights;

11  b.     Microsoft's damages and Defendants' profits pursuant to 17 U.S.C. §

12  1203(c)(2) or, alternatively, statutory damages pursuant to 17 U.S.C. § 1203(c)(3);

13  6.     That the Court enter an order requiring Defendants to provide Microsoft a

14  full and complete accounting of all profits received by Defendants from their distribution or

15  sale of infringing Microsoft software and/or materials, and of any other amounts due and

16  owing to Microsoft as a result of Defendants' illegal activities;

17  7.     That the Court order Defendants to pay to Microsoft both the costs of this

18  action and the reasonable attorney's fees incurred by Microsoft in prosecuting this action;

19  and

20

21  //

22

23  //

24

25  //

26

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF – Page 18

1

2        8.      That the Court grant to Microsoft such other and additional relief as is just

3  and proper.

4

5        DATED this 5th day of *May*, 2008.

6

7                    PERKINS COIE LLP

8

9                    By:                               
                        Esha Bandyopadhyay (Bar No. 212249)

10                      bande@perkinscoie.com
                      101 Jefferson Drive

11                      Menlo Park, California 94025-1114
                      Phone: (650) 838-4300

12                      Fax: (650) 838-4350

13                    OF COUNSEL

14                    YARMUTH WILSDON CALFO PLLC
                      Scott T. Wilsdon (*pro hac vice* pending)

15                      wilsdon@yarmuth.com
                      Matthew A. Carvalho (Bar No. 31201)

16                      mcarvalho@yarmuth.com
                      925 Fourth Avenue, Suite 2500

17                      Seattle, Washington 98104
                      Phone: (206) 516-3800

18                      Fax: (206) 516-3888

19                    Attorneys for Plaintiff MICROSOFT CORPORATION

20

21

22

23

24

25

26



**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**ORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 4-687-920

EFFECTIVE DATE OF REGISTRATION

**JUL 01 1998**
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**

Microsoft Windows 98

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2 a**  **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work—computer software program, documentation, text on product packaging.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1998  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 25    Year ▶ 1998
Nation ▶ U.S.A.

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA  98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 01 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL 01 1998

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___2___ pages

Exhibit __1__  Page __1__

WINDOWS 98; PG. 2 2 2

EXAMINED BY  Tms                          FORM TX

CHECKED BY

☐ CORRESPONDENCE                          FOR
  ☐ Yes                                   COPYRIGHT
                                          OFFICE
                                          USE
                                          ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**  TXu 649-511

**Year of Registration ▼** 1995

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version and files copyrighted by various third parties.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional written text, additional programming text and editorial revisions.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼  .Microsoft Corporation

**Account Number ▼**  DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation, Attn: Judy Weston
One Microsoft Way
Redmond, WA  98052

Area code and daytime telephone number ▶  (425) 936-9104          Fax number ▶  (425) 936-4112

Email ▶  judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Microsoft Corporation**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                    Date ▶  June 23, 1998

Handwritten signature (X) ▼

X _[signature]_

**8**

**The filing fee of $20.00 is effective through December 31, 1998. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.**

Mail certificate to:

Name ▼  Microsoft Corporation
Law and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA  98052

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—300,000  ♻ PRINTED ON RECYCLED PAPER                    *U.S. GOVERNMENT PRINTING OFFICE: 1997-417/730-60,022

Exhibit _1_  Page _2_

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



TX 5-407-055

EFFECTIVE DATE OF REGISTRATION

*Nov. 6, 2001*
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Microsoft Windows XP Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?        ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2001        ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 10   Day ▶ 25   Year ▶ 2001
ONLY if this work has been published.        U.S.A.        ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 06 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 06 2001

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 2 Page 1

EXAMINED BY  TMS'                                          FORM TX

CHECKED BY

☐ CORRESPONDENCE                                          FOR
  ☐ Yes                                                   COPYRIGHT
                                                          OFFICE
                                                          USE
                                                          ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? ▼

☒ Yes   ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼
TX 5-036-267                                                  2000

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additonal programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

Microsoft Corporation                               DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Microsoft Corporation, ATTN: Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104        Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

                    ☐ author
                    ☐ other copyright claimant
Check only one ▼    ☐ owner of exclusive right(s)
                    ☒ authorized agent of  Microsoft Corporation

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                    Date ▶ November 5, 200!

        Handwritten signature (X) ▼

X _____

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

| Mail | Name ▼ | YOU MUST |
|------|--------|----------|
| certificate | Microsoft Corporation, ATTN: Judy Weston | • Complete all necessary spaces<br>• Sign your application in space 8 |
| to: | Law and Corporate Affairs | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE |
| Certificate | Number/Street/Apt ▼ | 1. Application form<br>2. Nonrefundable filing fee in check or money order |
| will be | One Microsoft Way | payable to Register of Copyrights<br>3. Deposit material |
| mailed in | City/State/ZIP ▼ | MAIL TO |
| window | Redmond, WA 98052 | Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |
| envelope | | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

December 1998—59,000        ⊕ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/80.050

Exhibit 2 Page 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE_____

**TX 6-504-552**

EFFECTIVE DATE OF REGISTRATION

Feb 26 2007

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Ultimate 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a**    **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
2006

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 31    Year ▶ 2007
U.S.A.    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼    Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 26 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 26 2007
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 6-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages



Exhibit *3* Page *1*

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

TX 5-329-272                                        2001

**5**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version & files copyrighted by various third parties

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼                                        Account Number ▼

Microsoft Corporation                              DA063819

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation, ATTN: Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                   Date ▶ 2.22.07

Handwritten signature (X) ▼

X _[signature]_

The filing fee of $30.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**Mail certificate to:**

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Legal and Corporate Affairs

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond, WA 98052

**Certificate will be mailed in window envelope**

• Complete all necessary spaces.
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—88,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/60,050

Exhibit 3 Page 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-395

EFFECTIVE DATE OF REGISTRATION
Mar 30 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** 
TITLE OF THIS WORK ▼
Microsoft Office Access 2007

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2 a**
NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work   computer software program   documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2006

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 31   Year ▶ 2007
Nation ▶ USA

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
MAR 30 2007
ONE DEPOSIT RECEIVED
MAR 30 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-11) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 4 Page 1

EXAMINED BY   _____   FORM TX

CHECKED BY

□ CORRESPONDENCE
  Yes                                              FOR
                                                   COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  □ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼

a □ This is the first published edition of a work previously registered in unpublished form
b □ This is the first application submitted by this author as copyright claimant
c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number ▼**   TX 5-901-713         **Year of Registration ▼**  2004

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**   Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**   Additional programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              **Account Number ▼**

**a**   Microsoft Corporation                        DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**   Microsoft Corporation  ATTN  Judy Weston
       One Microsoft Way
       Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104              Fax number ▶ (425) 936 7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                                     Date ▶ 2 13-07

Handwritten signature (X) ▼

X _____

**8**

**Mail certificate to**

Name ▼   Microsoft Corporation  ATTN Judy Weston
         Legal and Corporate Affairs

Number/Street/Apt ▼   One Microsoft Way

City/State/ZIP ▼   Redmond  WA 98052

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—85 000              ⊕ PRINTED ON RECYCLED PAPER              ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/80 050

Exhibit  4  Page  2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R **TX 6-624-817**

EFFECTIVE DATE OF REGISTRATION

JULY 16 2007
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Accounting Professional 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared      Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a 'work made for hire'?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is 'Yes' see detailed instructions.

**NOTE**
Under the law, the author of a 'work made for hire' is generally the employer, not the employee (see instructions). For any part of this work that was 'made for hire' check 'Yes' in the space provided, give the employer (or other person for whom the work was prepared) as 'Author' of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program  documentation & text on product packaging

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶ October    Day ▶ 27    Year ▶ 2006
Nation USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 1 5 2007    7-16-07
ONE DEPOSIT RECEIVED
7-16-2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**      Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

Exhibit 5 Page 1

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This  is the first published edition of a work previously registered in unpublished form

b ☐ This  is the first application submitted by this author as copyright claimant

c ☐ This  is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**  Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**  Additional programming text  additional written text  and editorial revisions

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

**a**  Name ▼  Microsoft Corporation          Account Number ▼  DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation  ATTN  Judy Weston

One Microsoft Way

Redmond  WA 98052

Area code and daytime telephone number ▶  (425) 706-9104          Fax number ▶  (425) 936-7329

Email ▶  judywe@microsoft com

**7**

**CERTIFICATION*** I the undersigned  hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Microsoft Corporation

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K Weston                              Date ▶  11.07 07

Handwritten signature (X) ▼

X _____

**8**

The filing fee of $45 00 is  effective  through June 30  1999  After that date  please write the Copyright Office  check the Copyright Office Web site at http  www  loc gov/copyright  or call (202) 707-3000 for the latest fee information

Mail
certificate
to

Certificate
will be
mailed in
window
envelope

Name ▼  Microsoft Corporation  ATTN  Judy Weston
         Legal and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond  WA 98052

**9**

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3  Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

December  1996—65 000                    ⊛ PRINTED ON RECYCLED PAPER                    ☆U S  GOVERNMENT PRINTING OFFICE  1996-464-879/80 050

Exhibit 5 Page 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-399**

EFFECTIVE DATE OF REGISTRATION

Mar 30 (2007)

Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

Microsoft Office Excel 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give     **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**

Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work computer software program documentation & text on product packaging

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008     ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JANUARY     Day ▶ 31     Year ▶ 2007     USA     ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 3 0 2007

ONE DEPOSIT RECEIVED
MAR 3 0 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit 6 Page 1

| EXAMINED BY ✓M | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TX 5-837-636    **Year of Registration ▼** 2003

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a** Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to the work and in which copyright is claimed ▼

**b** Additional programming text, additional written text and editorial revisions

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**    **Account Number ▼**

**a** Microsoft Corporation    DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b** Microsoft Corporation ATTN Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104    Fax number ▶ (425) 936 7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston    Date ▶ 2 13 07

Handwritten signature (X) ▼
X _____

**8**

| Mail certificate to | Name ▼ Microsoft Corporation ATTN Judy Weston Legal and Corporate Affairs | Complete all necessary spaces. Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ One Microsoft Way | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Redmond WA 98052 | Library of Congress Copyright Office 101 Independence Avenue S.E. Washington, D.C. 20559-6000 |

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—50,000    ⊕ PRINTED ON RECYCLED PAPER    ✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60 050

Exhibit 6 Page 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-393**



EFFECTIVE DATE OF REGISTRATION

Mar 30 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
Microsoft Office Outlook 2007

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**  NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
    Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program  documentation & text on product packaging

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
    Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
    Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 31    Year ▶ 2007
U.S.A    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼ Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 3 0 2007

ONE DEPOSIT RECEIVED
MAR 3 0 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Exhibit __7__ Page __1__

| EXAMINED BY | HM | FORM TX |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

TX 5-900-087                                   2004

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a   Previous version & files copyrighted by various third parties

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional programming text, additional written text and editorial revisions

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a   Name ▼   Microsoft Corporation        Account Number ▼   DA063619

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b   Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104        Fax number ▶ (425) 936 7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                                Date ▶ 2 13 07

Handwritten signature (X) ▼

☞ X _____

**8**

Mail certificate to
Certificate will be mailed in window envelope

Name ▼   Microsoft Corporation  ATTN Judy Weston
Legal and Corporate Affairs

Number/Street/Apt ▼   One Microsoft Way

City/State/ZIP ▼   Redmond  WA 98052

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1999—60,000      PRINTED ON RECYCLED PAPER      ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/40 060

Exhibit 7 Page 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-389

EFFECTIVE DATE OF REGISTRATION

Mar 30 2007
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office PowerPoint 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give     **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the author of a 'work made for hire' is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check 'Yes' in the space provided, give the employer (or other person for whom the work was prepared) as 'Author' of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.
2006

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January     Day ▶ 31     Year ▶ 2007
Nation ▶ USA     ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 3 0 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 3 0 2007

**FUNDS RECEIVED**

See instructions before completing this space.

---

**MORE ON BACK ▶**     Complete all applicable spaces (numbers 5-7) on the reverse side of this page.
See detailed instructions.     Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 8 Page 1

| EXAMINED BY | IIM | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes, give **Previous Registration Number** ▼    **Year of Registration** ▼

TX 5-852-649                              2003

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & files copyrighted by various third parties

**b**  Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional programming text, additional written text and editorial revisions.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼    Microsoft Corporation        Account Number ▼  DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104    Fax number ▶ (425) 936 7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                                    Date ▶ 2 13 07

Handwritten signature (X) ▼

X _____

**8**

**Mail certificate to**

| Name ▼  Microsoft Corporation, ATTN  Judy Weston Legal and Corporate Affairs |
| Number/Street/Apt ▼  One Microsoft Way |
| City/State/ZIP ▼  Redmond  WA 98052 |

Certificate will be mailed in window envelope

**9**

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1996—86 000    ⊛ PRINTED ON RECYCLED PAPER    ☆ U S GOVERNMENT PRINTING OFFICE  1996-664-879/60 060

Exhibit 8 Page 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-388**

EFFECTIVE DATE OF REGISTRATION

Mar 30 2005
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Publisher 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work   computer software program  documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◄ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 31    Year ▶ 2007
U.S.A.    ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 3 0 2007
ONE DEPOSIT RECEIVED
MAR 3 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 9 Page 1

| EXAMINED BY | UM | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is Yes  why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☒ This is a changed version of the work  as shown by space 6 on this application
If your answer is Yes  give Previous Registration Number ▼    Year of Registration ▼
TX 5-837-618    2003

**6** **DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**   Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**   Additional programming text, additional written text and editorial revisions

*See instructions before completing this space*

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account.
Name ▼    Account Number ▼

**a**   Microsoft Corporation    DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**   Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052
Area code and daytime telephone number ▶ (425) 706 9104    Fax number ▶ (425) 936 7329
Email ▶ judywe@microsoft.com

**8** **CERTIFICATION***  I the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
*Name of author or other copyright claimant, or owner of exclusive right(s) ▲*
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K Weston    Date ▶ 2 13 07

Handwritten signature (X) ▼
X _____

**9** | Mail<br>certificate<br>to | Name ▼  Microsoft Corporation  ATTN  Judy Weston<br>Legal and Corporate Affairs |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apt ▼<br>One Microsoft Way<br>City/State/ZIP ▼<br>Redmond  WA 98052 |

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500
December 1999—05 000    ⊕ PRINTED ON RECYCLED PAPER    ★U S  GOVERNMENT PRINTING OFFICE  1999-454-879/60 060

Exhibit 9 Page 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-398

EFFECTIVE DATE OF REGISTRATION

Mar    8    2007
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Word 2007

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work   computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ____
Domiciled in ▶ ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 31   Year ▶ 2007
Nation ▶ USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Legal and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

APPLICATION RECEIVED
MAR 5 0 2007
ONE DEPOSIT RECEIVED
MAR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit 10 Page 1

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form.

b  ☐ This is the first application submitted by this author as copyright claimant.

c  ☒ This is a changed version of the work as shown by space 6 on this application.

If your answer is "Yes" give: **Previous Registration Number ▼**   **Year of Registration ▼**

TX 5-900-088                    2004

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a    Previous version & files copyrighted by various third parties

b    Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional programming text, additional written text and additional revisions

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                         Account Number ▼

a    Microsoft Corporation          DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b    Microsoft Corporation  ATTN Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706 9104    Fax number ▶ (425) 936 7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                    Date ▶ 2.13.07

Handwritten signature (X) ▼

X _____

**8**

**Mail certificate to**

Name ▼
Microsoft Corporation  ATTN  Judy Weston
Legal and Corporate Affairs

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond  WA 98052

**Certificate will be mailed in window envelope**

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500.

December 1999—50 000          ☺ PRINTED ON RECYCLED PAPER          ✰U S GOVERNMENT PRINTING OFFICE 1999-454 879/60 050

Exhibit 10 Page 2

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Microsoft Corporation, a Washington corporation

## DEFENDANTS

A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5

**(b)** County of Residence of First Listed Plaintiff  King County, Washington
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114

Attorneys (If Known)

*ADR*

*E-FILING*

C08  02321  BZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                 and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | or Defendant) | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities— | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities— | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | Transferred from | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. § 501, et seq.; 17 U.S.C. § 602; 17 U.S.C. § 1201(a)(2)
Brief description of cause:
Copyright Infringement and related claims.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION      DEMAND $      CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23      JURY DEMAND:  ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)      ☐ SAN FRANCISCO/OAKLAND      ☒ SAN JOSE

DATE
May 5, 2008

SIGNATURE OF ATTORNEY OF RECORD
*Esha Bandyopadhyay*
Esha Bandyopadhyay

JS 44 Reverse (Rev. 12/07)

## • INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.