1  Esha Bandyopadhyay, Bar No. 212249
   bande@perkinscoie.com
2  Perkins Coie LLP
   101 Jefferson Drive
3  Menlo Park, California 94025-1114
   Phone: (650) 838-4370
4  Fax: (650) 838-4350

5  Scott T. Wilsdon (*pro hac vice* pending)
   wilsdon@yarmuth.com
6  Matthew A. Carvalho, Bar No. 194163
   mcarvalho@yarmuth.com
7  Yarmuth Wilsdon Calfo PLLC
   925 Fourth Avenue, Suite 2500
8  Seattle, Washington 98104
   Phone: (206) 516-3800
9  Fax: (206) 516-3888

10 Attorneys for Plaintiff Microsoft Corporation

**FILED**

2008 MAY -5 P 3:25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | CASE NO. C08-02321 BZ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5, | |
| Defendants. | |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.
3
4   OF COUNSEL:
5   Scott T. Wilsdon (*pro hac vice* pending)
    wilsdon@yarmuth.com
6   Matthew A. Carvalho, Bar No. 194163
    mcarvalho@yarmuth.com
7   **YARMUTH WILSDON CALFO PLLC**
8   925 Fourth Avenue, Suite 2500
    Seattle, Washington 98104
9   Phone: (206) 516-3800
    Fax: (206) 516-3888
10

/s/ Bandyopadhyay
Esha Bandyopadhyay, Bar No. 212249
bande@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email:

Attorneys for Plaintiff Microsoft Corporation

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
41826-0791/LEGAL14241141.1