**FILED**

2008 MAY -5 P 3:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  Esha Bandyopadhyay (Bar No. 212249)
   Perkins Coie LLP
2  101 Jefferson Drive
   Menlo Park, California 94025-1114
3  Phone: (650) 838-4370
   Fax: (650) 838-4350
4  Email: bande@perkinscoie.com

5  Scott T. Wilsdon (*pro hac vice* pending)
   Matthew A. Carvalho (Bar No. 194163)
6  Yarmuth Wilsdon Calfo PLLC
   925 Fourth Avenue, Suite 2500
7  Seattle, Washington 98104
   Phone: (206) 516-3800
8  Fax: (206) 516-3888
   Email: wilsdon@yarmuth.com
9         mcarvalho@yarmuth.com

10 Attorneys for Plaintiff Microsoft Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,

Defendants.

NO. 08 02321 BZ

APPLICATION FOR ADMISSION OF SCOTT T. WILSDON AS ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Scott T. Wilsdon, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis represent Plaintiff, Microsoft Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone of that attorney is:

Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: bande@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED April 30, 2008.    By: /s/ Scott T. Wilsdon
Scott T. Wilsdon
YARMUTH WILSDON CALFO PLLC
wilsdon@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

APPLICATION FOR ADMISSION OF SCOTT T.
WILSDON AS ATTORNEY PRO HAC VICE– Page 2

425.32 ld295402 4/30/08