1  Esha Bandyopadhyay, Bar No. 212249
    bande@perkinscoie.com
2  Perkins Coie LLP
    101 Jefferson Drive
3  Menlo Park, California 94025-1114
    Phone: (650) 838-4370
4  Fax: (650) 838-4350

5  Scott T. Wilsdon (*pro hac vice* pending)
    wilsdon@yarmuth.com
6  Matthew A. Carvalho, Bar No. 194163
    mcarvalho@yarmuth.com
7  Yarmuth Wilsdon Calfo PLLC
    925 Fourth Avenue, Suite 2500
8  Seattle, Washington 98104
    Phone: (206) 516-3800
9  Fax: (206) 516-3888

10 Attorneys for Plaintiff Microsoft Corporation

RECEIVED
2008 MAY -5 PM 3:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a
Washington corporation,

   Plaintiff,

v.

A&S ELECTRONICS, INC., a California
corporation, d/b/a TRUSTPRICE.COM;
ALAN Z. LIN, an individual; and
JOHN DOES 1-5,

   Defendants.

CASE NO. C08 02321 BZ

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
SCOTT T. WILSDON AS ATTORNEY
*PRO HAC VICE*

Scott T. Wilsdon, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is Yarmuth Wilsdon Calfo PLLC, 925 Fourth Avenue, Suite 2500, Seattle, Washington, 98104; Phone: (206) 516-3800, having applied in the above-entitled action for admission for practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

1 | constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

4 | DATED _____, 2008

United States District Court Judge

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF SCOTT T. WILSDON AS ATTORNEY *PRO HAC VICE*
41826-0791/LEGAL14241112.1