AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| x   ACTION       ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District of California -S.F. Division |
|---|---|
| DOCKET NO.<br>CV 08-02321 BZ | DATE FILED<br>5/5/08 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MICROSOFT CORPORATION | A&S ELECTRONICS, INC., ET AL. |

| COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (See Complaint) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |

| COPYRIGHT | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes     ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Richard W. Wieking | Simone Voltz | May 8, 2008 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Attachment

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

### MICROSOFT CORPORATION, a Washington corporation v. A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5

| Copyright Registration Number | Title of Work | Author of Work |
| --- | --- | --- |
| TX 4-687-920 | Microsoft Windows 98 | Microsoft Corporation |
| TX 5-407-055 | Microsoft Windows XP | Microsoft Corporation |
| TX 6-504-552 | Microsoft Office 2007 | Microsoft Corporation |
| TX 6-524-395 | Microsoft Access 2007 | Microsoft Corporation |
| TX 6-624-817 | Microsoft Accounting Professional 2007 | Microsoft Corporation |
| TX 6-524-399 | Microsoft Excel 2007 | Microsoft Corporation |
| TX 6-524-393 | Microsoft Outlook 2007 | Microsoft Corporation |
| TX 6-524-389 | Microsoft PowerPoint 2007 | Microsoft Corporation |
| TX 6-524-388 | Microsoft Publisher 2007 | Microsoft Corporation |
| TX 6-524-398 | Microsoft Word 2007 | Microsoft Corporation |

425.32 id295401