Esha Bandyopadhyay, Bar No. 212249
   bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice* pending)
   wilsdon@yarmuth.com
Matthew A. Carvalho, Bar No. 194163
   mcarvalho@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff Microsoft Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>Defendants. | CASE NO. C-08-02321-BZ<br><br>**PROOF OF SERVICE** |

ESHA BANDYAPADHYAY (SBN 212249)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone: (650) 838-4300
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MICROSOFT CORPORATION

Defendant : A&S ELECTRONICS, INC., etc., et al.

Ref#: 235603        *    **PROOF OF SERVICE**    Case No.: C08-02321 BZ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER OF THE CHIEF JUDGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served       : ALAN Z. LIN

    By serving         : Alan Z. Lin, Personally

    Address            : (Business)
                               372 Turquoise Street
                               Milpitas, CA

    Date of Service: May 6, 2008

    Time of Service: 4:15 PM

Person who served papers:
ERNEST B. FOXMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $50.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 786
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 7, 2008                                    Signature_____

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| MICROSOFT CORPORATION, a Washington Corp. | ) | |
|---|---|---|
| Plaintiff | ) | C 08 02321 |
| v. | ) | Civil Action No. |
| A&S ELECTRONICS, INC., et al. | ) | |
| Defendant | ) | |



### Summons in a Civil Action

To: ALAN Z. LIN
      (Defendant's name)

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 0 5 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*