Esha Bandyopadhyay, Bar No. 212249
  bande@perkinscoie.com
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350

Scott T. Wilsdon (*pro hac vice* pending)
  wilsdon@yarmuth.com
Matthew A. Carvalho, Bar No. 194163
  mcarvalho@yarmuth.com
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

Attorneys for Plaintiff Microsoft Corporation

RECEIVED
2008 MAY 5 PM 3: 30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,

Defendants.

CASE NO.: C08 02321 BZ

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF SCOTT T. WILSDON AS ATTORNEY *PRO HAC VICE*

Scott T. Wilsdon, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is Yarmuth Wilsdon Calfo PLLC, 925 Fourth Avenue, Suite 2500, Seattle, Washington, 98104; Phone: (206) 516-3800, having applied in the above-entitled action for admission for practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

1 | constitute notice to the party.  All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

4 | DATED 12 May, 2008          _____
                                United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF SCOTT T. WILSDON AS ATTORNEY *PRO HAC VICE*
11826-0791 LEGAL14241112.1