John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA.  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Of Counsel:

John T. Mitchell, D.C. Bar #
INTERACTION LAW
1629 K Street NW, Suite 300
Washington D.C., 20006
(202) 415-9213 (phone)

Attorneys for Defendants
A & S ELECTRONICS, INC., d/b/a
TRUSTPRICE.COM, and ALAN Z. LIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation;<br><br>      Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5;<br><br>      Defendants. | Case No. C08 02321 BZ<br><br>CERTIFICATE OF INTERESTED PARTIES |

    Pursuant to N.D. Cal. Local Rule 3-16, the undersigned

certifies that as of this date, other than the named parties, there

are no interested parties to report.


                              GORMAN & MILLER, P.C.


                         By:_____/s/_____
                              JOHN C. GORMAN
                              Attorneys for Defendants

                              1
Certificate of Interested Parties, Case No. C08 02321 BZ