John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA.  95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Of Counsel:

John T. Mitchell, D.C. Bar #418413
INTERACTION LAW
1629 K Street NW, Suite 300
Washington D.C., 20006
(202) 415-9213 (phone)

Attorneys for Defendants
A & S ELECTRONICS, INC., d/b/a
TRUSTPRICE.COM, and ALAN Z. LIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation;<br><br>    Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5;<br><br>    Defendants. | Case No. C08 02321 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this

1  case to a United States District Judge.

                                 GORMAN & MILLER, P.C.

                                 By: _____/s/_____
                                    JOHN C. GORMAN
                                    Attorneys for Defendants
                                    A&S Electronics, Inc., dba
                                    Trustprice.com, and Alan Z. Lin