1  John C. Gorman, #91515
   Charles J. Stiegler, #245973
2  GORMAN & MILLER, P.C.
   210 North Fourth Street
3  Suite 200
   San Jose, CA.  95112
4  (408) 297-2222 (phone)
   (408) 297-2224 (fax)

5  Of Counsel:

6  John T. Mitchell, D.C. Bar #418413
   INTERACTION LAW
7  1629 K Street NW, Suite 300
   Washington D.C., 20006
8  (202) 415-9213 (phone)

9  Attorneys for Defendants
   A & S ELECTRONICS, INC., d/b/a
   TRUSTPRICE.COM, and ALAN Z. LIN



FILED
08 JUN -4 PM 2:01
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

16  MICROSOFT CORPORATION, a           Case No. C08 02321 SC
    Washington corporation;
                                       APPLICATION FOR ADMISSION OF
17       Plaintiff,                    ATTORNEY PRO HAC VICE

18  v.

19  A&S ELECTRONICS, INC., a
    California corporation, d/b/a
20  TRUSTPRICE.COM; ALAN Z. LIN, an
    individual; and JOHN DOES 1-5;
21
         Defendants.
22

23       Pursuant to N.D. Cal. Local Rule 11-3, John T. Mitchell,

24  Esq., an active member in good standing of the District of

25  Columbia bar and admitted to practice before the District of

26
                                     1
    App. for Pro Hac Vice Admission for John T. Mitchell, Case No. C08 02321 SC

Columbia Court of Appeals, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants A&S Electronics, Inc. and Alan Z. Lin in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>           John C. Gorman, CA Bar # 91515
>           GORMAN & MILLER, P.C.
>           210 North Fourth Street, Suite 200
>           San Jose, CA 95112
>           (408)297-2222

I declare under penalty of perjury that the foregoing is true and correct.

Date: *6-2-2008*                              *J. T. Mitchell*

1  John C. Gorman, #91515
   Charles J. Stiegler, #245973
2  GORMAN & MILLER, P.C.
   210 North Fourth Street
3  Suite 200
   San Jose, CA.  95112
4  (408) 297-2222 (phone)
   (408) 297-2224 (fax)
5
   Of Counsel:
6
   John T. Mitchell, D.C. Bar #418413
7  INTERACTION LAW
   1629 K Street NW, Suite 300
8  Washington D.C., 20006
   (202) 415-9213 (phone)
9
   Attorneys for Defendants
10 A & S ELECTRONICS, INC., d/b/a
   TRUSTPRICE.COM, and ALAN Z. LIN
11
12
13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15
16

| 17 | MICROSOFT CORPORATION, a Washington corporation; | Case No. C08 02321 SC |
|---|---|---|
| 18 | Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| 19 | v. | |
| 20 | | |
| 21 | A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5; | |
| 22 | | |
| 23 | Defendants. | |

24
25     John T. Mitchell, Esq., an active member in good standing of
26 the District of Columbia bar and admitted to practice before the
27 District of Columbia Court of Appeals, whose business address is
28 1629 K Street NW, Suite 300, Washington, D.C., 20006, and whose

1 telephone number is (202) 415-9213, having applied in the above-
2 entitled action for admission to practice in the Northern District
3 of California on a pro hac vice basis, representing defendants A&S
4 Electronics, Inc. and Alan Z. Lin,

5     IT IS HEREBY ORDERED THAT the application is granted, subject
6 to the terms and conditions of Civil L.R. 11-3.  All papers filed
7 by the attorney must indicate appearance pro hac vice.  Service of
8 papers upon and communications with co-counsel designated in the
9 application will constitute notice to the party.  All future
10 filings in this action are subject to the requirements contained in
11 General Order no. 45, Electronic Case Filing.

13 Dated: _____
14                                               UNITED STATES DISTRICT COURT JUDGE