```
John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA.   95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Of Counsel:

John T. Mitchell, D.C. Bar #418413
INTERACTION LAW
1629 K Street NW, Suite 300
Washington D.C., 20006
(202) 415-9213 (phone)

Attorneys for Defendants
A & S ELECTRONICS, INC., d/b/a
TRUSTPRICE.COM, and ALAN Z. LIN
```

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation;<br><br>  Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5;<br><br>  Defendants. | Case No. C08 02321 CW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

John T. Mitchell, Esq., an active member in good standing of the District of Columbia bar and admitted to practice before the District of Columbia Court of Appeals, whose business address is 1629 K Street NW, Suite 300, Washington, D.C., 20006, and whose

telephone number is (202) 415-9213, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendants A&S Electronics, Inc. and Alan Z. Lin,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order no. 45, Electronic Case Filing.

Dated: JUN 1 1 2008

_____
UNITED STATES DISTRICT COURT JUDGE