Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350
Email: bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice* pending)
Matthew A. Carvalho (Bar No. 194163)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       mcarvalho@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

FILED
JUN 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>Defendants. | NO. CV 08-02321 CW<br><br>**APPLICATION FOR ADMISSION OF JEREMY E. ROLLER AS ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Jeremy E. Roller, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis represent Plaintiff, Microsoft Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone of that attorney is:

Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350
Email: bande@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED June 27, 2008.    By: _____
Jeremy E. Roller
YARMUTH WILSDON CALFO PLLC
wilsdon@yarmuth.com
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888

APPLICATION FOR ADMISSION OF JEREMY E.
ROLLER AS ATTORNEY PRO HAC VICE– Page 2

425.32 lf253501 6/27/08