Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4300
Fax: (650) 838-4350
Email: bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice* pending)
Matthew A. Carvalho (Bar No. 194163)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       mcarvalho@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

RECEIVED JUN 27 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

FILED JUN 30 2008 RICHARD W. WIEKING

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>Defendants. | NO. CV 08-02321 CW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF JEREMY E. ROLLER AS ATTORNEY *PRO HAC VICE* |

Jeremy E. Roller, an active member in good standing of the bar of the State of Washington, whose business address and telephone number is Yarmuth Wilsdon Calfo PLLC, 925 Fourth Avenue, Suite 2500, Seattle, Washington, 98104; Phone: (206) 516-3800, having applied in the above-entitled action for admission for practice in the Northern District of California on a *pro hac vice* basis, representing Microsoft Corporation.

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
3  *pro hac vice*. Service of papers upon and communication with co-counsel designed in the
4  application will constitute notice to the party. All future filings in this action are subject to
5  the requirements contained in General Order No. 45, *Electronic Case Filing*.

6
7
8  DATED  JUN 30 2008                    _____
9                                         United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF JEREMY E. ROLLER AS ATTORNEY
PRO HAC VICE– Page 2

41826-0791/LEGAL14426809.1