UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Microsoft Corporation,

                Plaintiff(s),

        v.

A&S Electronics, Inc., et al.,

                Defendant(s).
_____/

Case No.  1:08-cv-02321-CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 29, 2008 _____

/s/ Jeremy E. Roller
_____
Attorney for Plaintiff

Dated: July 29, 2008 _____

/s/ John C. Gorman
_____
Attorney for Defendants

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."