Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399
AMori@perkinscoie.com
KDugdale@perkinscoie.com
JChiarelli@perkinscoie.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A&S ELECTRONIC, INC., et al,<br><br>　　　　　　　Defendants. | Case No. 4:08-cv-02321-CW<br><br>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF MICROSOFT CORPORATION |

1  TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that Katherine M. Dugdale, Audra M. Mori, and Jennifer N.
4  Chiarelli of Perkins Coie LLP, who are members of the State Bar of California and admitted to
5  practice before the Court, are appearing as counsel of record for Plaintiff Microsoft Corporation
6  in this action. Copies of all documents and pleadings with regard to this litigation, with the
7  exception of original process, are to be served on the undersigned counsel.

DATED: September 3, 2008            /s/ Katherine M. Dugdale
                                    Katherine M. Dugdale
                                    Attorneys for Plaintiff
                                    MICROSOFT CORPORATION