UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>Defendants. | NO. CV 08-02321 CW (EDL)<br><br>[P~~ROPOSED~~] ORDER DENYING DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS DUCES TECUM AND/OR FOR ISSUANCE OF PROTECTIVE ORDER |

This matter comes before the Court on the Motion to Quash or Modify Subpoenas Duces Tecum and/or for Protective Order (Dkt. # 34) filed by defendants A&S Electronics, Inc. ("A&S") and Alan Z. Lin ("Mr. Lin") (collectively, the "A&S Defendants"). By that motion the A&S Defendants sought to quash or modify certain subpoenas (the "Subpoenas") Microsoft caused to be served upon Wells Fargo Bank, Bank of America, and Omni Bank. Having considered the A&S Defendants' motion, plaintiff Microsoft Corporation's ("Microsoft") response (Dkt. # 39), and the A&S Defendants' reply (Dkt. # 43), and having heard the argument of counsel, the Court hereby DENIES the A&S Defendants' Motion to Quash or Modify Subpoenas Duces Tecum and/or for Protective Order.

In Microsoft's response and at oral argument, counsel for Microsoft stated that Microsoft no longer sought records relating to 48871 Eagle View Terrace that are not otherwise responsive to the Subpoenas. Counsel further stated that Microsoft had informed the subpoena recipients of this

| | |
|---|---|
| 1 | modification to the Subpoenas.  With the exception of records relating to 48871 Eagle View Terrace |
| 2 | that are not otherwise responsive to the Subpoenas, Microsoft is entitled to take the discovery sought |
| 3 | by the Subpoenas.  All records produced in response to the subpoenas shall be designated |
| 4 | "Confidential-Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.  Should Microsoft |
| 5 | disagree with that designation as to any of the records upon review of the records, it may challenge the |
| 6 | designation pursuant to Paragraph 9 of the Stipulated Protective Order. |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | Dated: __December 1__, 2008 |
| 10 | |
| 11 | _____<br>Hon. Elizabeth D. Laporte<br>United States Magistrate Court Judge |
| 12 | Presented by<br>PERKINS COIE LLP |
| 13 | |
| 14 | By:  /s/ Katherine M. Dugdale<br>     Audra M. Mori, Bar No. 162850 |
| 15 |     Katherine M. Dugdale, Bar No. 168014<br>    Jennifer N. Chiarelli, Bar No. 212253 |
| 16 | 101 Jefferson Drive<br>Menlo Park, California 94025-1114 |
| 17 | Phone: (650) 838-4370<br>Fax: (650) 838-4350 |
| 18 | Email: AMori@perkinscoie.com<br>      KDugdale@perkinscoie.com |
| 19 |       JChiarelli@perkinscoie.com |
| 20 | YARMUTH WILSDON CALFO PLLC |
| 21 | By:  /s/ Jeremy E. Roller |
| 22 |     Scott T. Wilsdon (*pro hac vice*)<br>    Jeremy E. Roller (*pro hac vice*) |
| 23 | 925 Fourth Avenue, Suite 2500<br>Seattle, Washington 98104 |
| 24 | Phone: (206) 516-3800<br>Fax: (206) 516-3888 |
| 25 | Email: wilsdon@yarmuth.com<br>      jroller@yarmuth.com |
| 26 | Attorneys for Plaintiff MICROSOFT<br>CORPORATION |
| 27 | |
| 28 | |

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH
NO. CV 08-02321 CW (EDL) – Page 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH
NO. CV 08-02321 CW (EDL) – Page 3
425.32 ik261502 11/26/08