Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Phone: 310.788.9900
Fax:    310.788.3399
Email: AMori@perkinscoie.com
       KDugdale@perkinscoie.com
       JChiarelli@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
Matthew A. Carvalho (Bar No. 194163)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: 206.516.3800
Fax:    206.516.3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com
       mcarvalho@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>　　　　Defendants. | NO. CV 08-02321 CW (EDL)<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT ORDER (RE MEDIATION DEADLINE)** |

STIPULATION TO MODIFY CASE MANAGEMENT
ORDER (RE MEDIATION DEADLINE)
NO. CV 08-02321 CW (EDL) – Page 1

1    The parties, by and through their counsel of record, hereby request that the Court modify the Case Management Order to extend the deadline for completion of court-ordered mediation from December 17, 2008 to January 22, 2009.

(1)  The Case Management Order (Dkt. # 31) set a deadline of December 17, 2008, for completion of court-ordered mediation.

(2)  Following a scheduling conference with mediator Peter Courture, a full-day mediation was scheduled for December 12, 2008, in Menlo Park, California. The parties exchanged written mediation statements. As required by mediator Courture and the Local Rules, client representatives were instructed to attend in-person.

(3)  On December 9, 2008, the previously scheduled mediation was cancelled so that the designated representatives for plaintiff Microsoft Corporation could attend a funeral in Florida.

(4)  The mediation has been re-scheduled for January 22, 2009, the first date available to counsel, the parties and mediator Courture.

(5)  The parties respectfully request that the Case Management Order be modified to extend to January 22, 2009, the deadline for completing court-ordered mediation.

(6)  A proposed Order is submitted herewith.


DATED this 16th day of December, 2008.


PERKINS COIE LLP

By:   /s/ Katherine M. Dugdale
    Audra M. Mori, Bar No. 162850
    Katherine M. Dugdale, Bar No. 168014
    Jennifer N. Chiarelli, Bar No. 212253
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: AMori@perkinscoie.com
    KDugdale@perkinscoie.com
    JChiarelli@perkinscoie.com

GORMAN & MILLER, P.C.

By:   /s/ John C. Gorman
    John C. Gorman, Bar No. 91515
210 North Fourth St., Suite 200
San Jose, CA  95112
Phone: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com


Attorneys for Defendants A&S Electronics, Inc. and Alan Z. Lin

STIPULATION TO MODIFY CASE MANAGEMENT ORDER (RE MEDIATION DEADLINE)
NO. CV 08-02321 CW (EDL) – Page 2

1  YARMUTH WILSDON CALFO PLLC

2  By:    /s/ Scott T. Wilsdon
      Scott T. Wilsdon (*pro hac vice*)
3     Jeremy E. Roller (*pro hac vice*)
   925 Fourth Avenue, Suite 2500
4  Seattle, Washington 98104
   Phone: (206) 516-3800
5  Fax: (206) 516-3888
   Email: wilsdon@yarmuth.com
6         jroller@yarmuth.com

7  Attorneys for Plaintiff Microsoft Corporation

28  STIPULATION TO MODIFY CASE MANAGEMENT
    ORDER (RE MEDIATION DEADLINE)
    NO. CV 08-02321 CW (EDL) – Page 3

<div style="text-align:center"><u>CERTIFICATE OF SERVICE</u></div>

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 16th day of December, 2008:

John C. Gorman
Gorman & Miller, P.C.
210 North Fourth St., Suite 200
San Jose, CA  95112
jgorman@gormanmiller.com

John T. Mitchell
Interaction Law
1629 K Street, NW
Suite 300
Washington, DC 20006
mitchell@interactionlaw.com

Counsel for Defendants

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☑ ECF Electronic Filing

/s/ *Scott T. Wilsdon*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation

STIPULATION TO MODIFY CASE MANAGEMENT
ORDER (RE MEDIATION DEADLINE)
NO. CV 08-02321 CW (EDL) – Page 4
425.32 il153002 12/16/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>　　　　　Defendants. | NO. CV 08-02321 CW (EDL)<br><br>[~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT ORDER (RE MEDIATION DEADLINE) |

This matter comes before the Court on a Stipulation to Modify Case Management Order (re Mediation Deadline) jointly submitted by plaintiff Microsoft Corporation and defendants A&S Electronics, Inc. and Alan Z. Lin. Having considered the parties' stipulation, the Court ORDERS that the mediation deadline currently scheduled for December 17, 2008 is hereby changed to January 22, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16TH day of December, 2008.

_____
Hon. Claudia Wilken
United States District Court Judge

[PROPOSED] ORDER MODIFYING CASE
MANAGEMENT ORDER (RE MEDIATION DEADLINE)
NO. CV 08-02321 CW (EDL) – Page 1

Presented by:

PERKINS COIE LLP

By: /s/ Katherine M. Dugdale
    Audra M. Mori, Bar No. 162850
    Katherine M. Dugdale, Bar No. 168014
    Jennifer N. Chiarelli, Bar No. 212253
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: AMori@perkinscoie.com
    KDugdale@perkinscoie.com
    JChiarelli@perkinscoie.com

YARMUTH WILSDON CALFO PLLC

By: /s/ Scott T. Wilsdon
    Scott T. Wilsdon (*pro hac vice*)
    Jeremy E. Roller (*pro hac vice*)
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
    jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

GORMAN & MILLER, P.C.

By: /s/ John C. Gorman
    John C. Gorman, Bar No. 91515
210 North Fourth St., Suite 200
San Jose, CA 95112
Phone: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com

Attorneys for Defendants A&S Electronics, Inc. and Alan Z. Lin

[PROPOSED] ORDER MODIFYING CASE
MANAGEMENT ORDER (RE MEDIATION DEADLINE)
NO. CV 08-02321 CW (EDL) – Page 2

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 16th day of December, 2008: |
| 3 | |
| 4 | John C. Gorman |
|   | Gorman & Miller, P.C. |
| 5 | 210 North Fourth St., Suite 200 |
|   | San Jose, CA  95112 |
| 6 | jgorman@gormanmiller.com |
| 7 | John T. Mitchell |
|   | Interaction Law |
| 8 | 1629 K Street, NW |
|   | Suite 300 |
| 9 | Washington, DC 20006 |
|   | mitchell@interactionlaw.com |
| 10 | |
|   | Counsel for Defendants |
| 11 | |
|   | ☐ U.S. Mail |
| 12 | ☐ FedEx |
|   | ☐ Hand-Delivery |
| 13 | ☐ Facsimile |
|   | ☐ Email |
| 14 | ☑ ECF Electronic Filing |

/s/ *Scott T. Wilsdon*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation

[PROPOSED] ORDER MODIFYING CASE
MANAGEMENT ORDER (RE MEDIATION DEADLINE)
NO. CV 08-02321 CW (EDL) – Page 3

425.32 il153001 12/16/08