IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and JOHN DOES 1-5,<br><br>　　　　Defendants.<br>_____/ | No. C 08-2321 CW<br><br>ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

　　Good cause appearing, Plaintiff's motion for leave to file an amended complaint is GRANTED.  Plaintiff shall file its amended complaint within three days of the date of this order.  If any party wishes to modify the deadlines contained in the case management order, it should first attempt to reach an agreement on the matter with the other parties and submit a stipulation to the Court for approval.  If the parties cannot reach an agreement, the Court will entertain a motion for appropriate relief.

　　IT IS SO ORDERED.

Dated: 1/12/09

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge