UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and THOMAS A. HINNEBERG, an individual, d/b/a PFMG,<br><br>　　　　Defendants. | NO. CV 08-02321 CW (EDL)<br><br>**ORDER ON STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court upon the Stipulation to File Second Amended Complaint submitted by plaintiff Microsoft Corporation and defendants A&S Electronics, Inc., Alan Z. Lin and Thomas A. Hinneberg.  Having considered the parties' Stipulation, and being fully advised, the Court hereby GRANTS Microsoft Corporation leave to file its Second Amended Complaint within five (5) days of this Order.  The defendants shall file their Answers within twenty (20) days of service upon them of the Second Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 23rd day of February, 2009.

*/s/ Claudia Wilken*

_____
Hon. Claudia Wilken
United States District Court Judge

ORDER GRANTING LEAVE
TO FILE SECOND AMENDED COMPLAINT
NO. CV 08-02321 CW (EDL) – Page 1