UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and THOMAS A. HINNEBERG, an individual, d/b/a PFMG,<br><br>Defendants. | NO. CV 08-02321 CW (EDL)<br><br>**ORDER AMENDING CASE MANAGEMENT ORDER (AMENDED)** |

THIS MATTER comes before the Court upon the Stipulation to Amend Case Management Order submitted by plaintiff Microsoft Corporation and defendants A&S Electronics, Inc., Alan Z. Lin and Thomas A. Hinneberg.  Having considered the parties' Stipulation, and being fully advised, the Court hereby amends the Case Management Order to revise remaining case deadlines as follows:

- Completion of Fact Discovery: August 17, 2009
- Disclosure of Identities and Reports of Expert Witnesses: September 14, 2009
- Completion of Expert Discovery: October 14, 2009
- All case-dispositive motions to be heard at 2:00 p.m. on or before: December 17, 2009
- Date by which Plaintiff shall file dispositive motion for hearing on December 17, 2009: October 29, 2009
- Date by which Defendants' shall file opposition and any cross motion (contained within a single brief) for hearing on December 17, 2009: November 12, 2009
- Date by which Plaintiff shall file reply/opposition to cross motion (contained within a single brief ) for hearing on December 17, 2009: November 25, 2009
- Date by which Defendants shall file surreply for hearing on December 17, 2009: December 2, 2009

[PROPOSED] ORDER AMENDING CASE MANAGEMENT
ORDER (AMENDED) - NO. CV 08-02321 CW (EDL) – Page 1

| | |
|---|---|
| • Further Case Management Conference at 2:00 p.m. on: | December 17, 2009 |
| • Final Pretrial Conference at 2:00 p.m. on: | July 20, 2010 |
| • 5-day Jury Trial will begin at 8:30 a.m. on: | August 9, 2010 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __4th__ day of _____March__, 2009.

_____
Hon. Claudia Wilken
United States District Court Judge

Presented by:

PERKINS COIE LLP

By: __/s/ Katherine M. Dugdale__
    Audra M. Mori, Bar No. 162850
    Katherine M. Dugdale, Bar No. 168014
    Jennifer N. Chiarelli, Bar No. 212253
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Phone: (310) 788.9900
Fax: (310) 788.3399
Email: AMori@perkinscoie.com
       KDugdale@perkinscoie.com
       JChiarelli@perkinscoie.com


YARMUTH WILSDON CALFO PLLC


By: __/s/ Scott T. Wilsdon__
    Scott T. Wilsdon (*pro hac vice*)
    Jeremy E. Roller (*pro hac vice*)
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com


Attorneys for Plaintiff Microsoft Corporation

GORMAN & MILLER, P.C.

By: __/s/ John C. Gorman__
    John C. Gorman, Bar No. 91515
210 North Fourth St., Suite 200
San Jose, CA 95112
Phone: (408) 297-2222
Fax: (408) 297-2224
Email: jgorman@gormanmiller.com


Attorneys for Defendants A&S Electronics, Inc. and Alan Z. Lin


By: _____
    Thomas A. Hinneberg
1508 Meadow Court
Port Washington, Wisconsin 53074
Phone:
Email:

Pro Se Defendant

[PROPOSED] ORDER AMENDING CASE MANAGEMENT
ORDER (AMENDED) - NO. CV 08-02321 CW (EDL) – Page 2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following parties, by the means designated below, this 2nd day of March, 2009.

<u>Attorneys for Defendants A&S Electronics, Inc. and Alan Z. Lin:</u>

John C. Gorman
Gorman & Miller, P.C.
210 North Fourth St., Suite 200
San Jose, CA  95112
jgorman@gormanmiller.com

John T. Mitchell
Interaction Law
1629 K Street, NW
Suite 300
Washington, DC 20006
mitchell@interactionlaw.com

☐ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☑ ECF Electronic Filing

<u>Pro Se Defendant Thomas A. Hinneberg:</u>

Thomas A. Hinneberg
1508 Meadow Court
Port Washington, Wisconsin  53074

☑ U.S. Mail
☐ FedEx
☐ Hand-Delivery
☐ Facsimile
☐ Email
☐ ECF Electronic Filing

/s/ *Scott T. Wilsdon*
Scott T. Wilsdon (*pro hac vice*)
Jeremy E. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC

Attorneys for Plaintiff Microsoft Corporation

[PROPOSED] ORDER AMENDING CASE MANAGEMENT
ORDER (AMENDED) - NO. CV 08-02321 CW (EDL) – Page 3
425.32 jb260201 3/4/09