UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and THOMAS A. HINNEBERG, an individual, d/b/a PFMG,<br><br>       Defendants. | NO. CV 08-02321 CW (EDL)<br><br>**ORDER DISMISSING DEFENDANT THOMAS A. HINNEBERG** |

The Court having considered the Stipulation for Order Dismissing Defendant Thomas A. Hinneberg filed by Plaintiff Microsoft Corporation ("Microsoft") and Defendant Thomas A. Hinneberg ("defendant Hinneberg"), and having reviewed the files and records herein, the Court hereby enters the following:

**<u>ORDER</u>**

1. This action shall be dismissed as to defendant Hinneberg with prejudice and without attorneys' fees or costs.

/ / /

/ / /

/ / /

/ / /

ORDER DISMISSING
 DEFENDANT HINNEBERG
NO. CV 08-02321 CW (EDL) – Page 1

2. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce any orders entered in this matter. Defendant Hinneberg specifically consents to personal jurisdiction and venue in the United States District Court for the Northern District of California.

IT IS SO ORDERED.

DATED: July 21, 2009.

_____
Hon. Claudia Wilken
United States District Court Judge

Presented by:

PERKINS COIE LLP

By:   /s/ Katherine M. Dugdale
    Audra M. Mori, Bar No. 162850
    Katherine M. Dugdale, Bar No. 168014
    Jennifer N. Chiarelli, Bar No. 212253
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Phone: (310) 788.9900
Fax: (310) 788.3399
Email: AMori@perkinscoie.com
    KDugdale@perkinscoie.com
    JChiarelli@perkinscoie.com

YARMUTH WILSDON CALFO PLLC

By:   /s/ Scott T. Wilsdon
    Scott T. Wilsdon (*pro hac vice*)
    Jeremy E. Roller (*pro hac vice*)
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
    jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

By:_____
    Barry Boline
Attorney and Counselor at Law
10224 North Port Washington Road
Mequon, Wisconsin 53092
Phone: 262.241.3440
Fax:   262.240-0699
Email: bolinelaw@sbcglobal.net

Attorney for Defendant Thomas A. Hinneberg


By:_____
    Thomas A. Hinneberg, Defendant
1508 Meadow Court
Port Washington, Wisconsin 53074

ORDER DISMISSING
 DEFENDANT HINNEBERG
NO. CV 08-02321 CW (EDL) – Page 2