UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&S ELECTRONICS, INC., a California corporation, d/b/a TRUSTPRICE.COM; ALAN Z. LIN, an individual; and THOMAS A. HINNEBERG, an individual, d/b/a PFMG,<br><br>Defendants. | NO. CV 08-02321 CW (EDL)<br><br>**ORDER GRANTING STIPULATION DISMISSING DEFENDANTS A&S ELECTRONICS, INC. AND ALAN Z. LIN** |

The Court having considered the Agreed Motion for Order of Dismissal filed by Plaintiff Microsoft Corporation ("Microsoft") and Defendants A&S Electronics, Inc. and Alan Z. Lin (the "A&S Defendants"), and having reviewed the files and records herein, the Court hereby enters the following Order:

This action shall be dismissed as to the A&S Defendants with prejudice and without attorneys' fees or costs.

IT IS SO ORDERED.

DATED: ___8/4_____, 2009.

_____
Hon. Claudia Wilken
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION
DISMISSING A&S ELECTRONICS AND ALAN LIN
NO. CV 08-02321 CW (EDL) – Page 1

Presented by:

| | |
|---|---|
| PERKINS COIE LLP | GORMAN & MILLER, P.C. |
| | |
| By: /s/ Katherine M. Dugdale | By: /s/ John C. Gorman |
|     Audra M. Mori, Bar No. 162850 |     John C. Gorman, Bar No. 91515 |
|     Katherine M. Dugdale, Bar No. 168014 | 210 North Fourth St., Suite 200 |
|     Jennifer N. Chiarelli, Bar No. 212253 | San Jose, CA 95112 |
| 1620 26th Street | Phone: (408) 297-2222 |
| Sixth Floor, South Tower | Fax: (408) 297-2224 |
| Santa Monica, CA 90404-4013 | Email: jgorman@gormanmiller.com |
| Phone: (310) 788.9900 | |
| Fax: (310) 788.3399 | |
| Email: AMori@perkinscoie.com | Attorneys for Defendants A&S Electronics, Inc. |
|        KDugdale@perkinscoie.com | and Alan Z. Lin |
|        JChiarelli@perkinscoie.com | |

YARMUTH WILSDON CALFO PLLC

By: /s/ Scott T. Wilsdon
    Scott T. Wilsdon (*pro hac vice*)
    Jeremy E. Roller (*pro hac vice*)
818 Stewart St., Suite 1400
Seattle, Washington 98101
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

[PROPOSED] ORDER GRANTING STIPULATION
DISMISSING A&S ELECTRONICS AND ALAN LIN
NO. CV 08-02321 CW (EDL) – Page 2